# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2012

144202

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

DONITA NUGENT, Personal Representative
of the Estate of KENNETH ST. ONGE,
        Plaintiff-Appellant,

v

NANCY ST. ONGE,
        Defendant-Appellee.

SC: 144202
COA: 299255
Presque Isle CC: 10-083445-DO

_____/

      On order of the Court, the application for leave to appeal the October 25, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2012

_____
Clerk

p0319